UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 22 2025

Nathan Ochsner, Clerk of Court

| RIVERA JL CONSTRUCTION, LLC | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.: 3:25-CV-000068 |
| | § | |
| vs. | § | |
| | § | |
| RLI INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO APPEAR THROUGH COUNSEL FOR GOOD CAUSE

Plaintiff Rivera JL Construction, LLC ("Plaintiff") respectfully files this Motion for Extension of Time and would show the Court as follows:

1. On May 9, 2025, this Court ordered that Plaintiff must appear through counsel by or the case will be dismissed.

2. Since that order, Plaintiff has actively been seeking legal representation. Plaintiff has engaged in communications with a prospective attorney who has expressed interest in taking the case. However, the attorney is in the process of conducting a conflict check to determine whether there is any conflict of interest due to prior or current representation involving Defendant RLI Insurance Company.

3. In light of this situation, Plaintiff respectfully requests a 15-day extension of time to allow sufficient time for the conflict check to be completed and for counsel to formally appear in this matter.

4. This extension is reasonable and is not sought for the purpose of delay. Granting this motion will not prejudice the Defendant, and it serves the interest of justice by allowing Plaintiff a fair opportunity to obtain representation.

5. Federal courts have broad discretion to manage their dockets and grant extensions of time under appropriate circumstances. See *Fed. R. Civ. P. 6(b)* ("When an act may or must be done within a specified time, the court may, for good cause, extend the time..."). In this case, good cause exists to justify a short extension.

6. First, Plaintiff has actively sought to comply with the Court's directive to obtain counsel. Plaintiff has been in communication with a prospective attorney who is willing to consider representation, but a necessary and prudent conflict of interest check must be completed before that attorney can formally enter an appearance. This demonstrates diligence on Plaintiff's part, and the need for additional time is based on professional and ethical requirements rather than delay or bad faith.

7. Second, the requested extension of fifteen (15) days is modest and reasonable. It merely provides a short, additional window to allow the conflict check process to conclude and to secure representation. No significant case activity is currently pending that would be disrupted by this extension, and no prejudice will result to Defendant RLI Insurance Company.

8. Finally, courts favor resolving matters on the merits rather than through procedural defaults or dismissals. Granting this motion ensures Plaintiff has a meaningful opportunity to prosecute its claims through counsel, as required by the Court, and promotes judicial economy and fairness.

9. Plaintiff respectfully requests that the Court grant this short extension to preserve Plaintiff's ability to prosecute this case on the merits through qualified legal counsel.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court grant a 15-day extension of the deadline to appear through counsel, extending the deadline to June 7, 2025, and for such other relief as the Court deems just and proper.

DATED: May 21, 2025                               Respectfully Submitted,

_____

Jonathan Rivero


/s/ Emory G. Allen CHRISTOPHER R. WARD State Bar No. 24008233 Southern District Bar No. 23186 cward@clarkhill.com EMORY G. ALLEN State Bar No. 24105430 Southern District Bar No. 3293701 eallen@clarkhill.com DANIEL GONZALEZ State Bar No. 24125613 Southern District Bar No. 3749911 dgonzalez@clarkhill.com CLARK HILL PLC 2600 Dallas Parkway, Suite 600 Frisco, Texas 75034 Telephone: (214) 651-4722 Facsimile: (214) 659-4108

NEFTALI ARROYO
4918 Deep Glen Ln
Katy, TX - 77449
Phone 832-713-3232
E-MAIL — nafarte90@hotmail.com